UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
Gainesville DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS
### UNDER 28 U.S.C. § 1331 or § 1346 OR 42 U.S.C. § 1983

Sharonda (Rivers) Jones
_____.
(Enter full name of Plaintiff(s))

vs.

CASE NO: 1-16-cv-174-MW-GRJ
(To be assigned by Clerk)

Patricia Gretford,
Brite Houses LLC,
_____,
_____,
_____.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

Filed0516'16UsDcFin1PM1259

**I.  PLAINTIFF:**
State your full name and full mailing address in the lines below.

Name of Plaintiff: Sharonda Lynette Rivers
Mailing address: 2839 NE 11th Drive
Gainesville, Fl 32609

**II.  DEFENDANT(S):**
State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: Patricia Getford
    Official position: Property manger
    Employed at:
    Mailing address: 6104 NW 18th Avenue
    Gainesville FL. 32605

(2) Defendant's name: Brite Houses LLC
    Official position:
    Employed at:
    Mailing address: 6104 NW 18th Avenue
    Gainesville Fl. 32605

(3) Defendant's name:
    Official position:
    Employed at:
    Mailing address:

(4) Defendant's name:
    Official position:
    Employed at:
    Mailing address:

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

## III.   STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

On ~~January~~ Please view page 1-4 Statement Facts



Statement of Facts

The plaintiff, Sharonda Rivers, and the defendant, Patricia Getford, made an agreement or contract on January 31, 2016. The agreement or contract was both *oral and written*. Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

1. On January 31, 2016 Plaintiff reentered into a written contract with Defendant for rental of real property located at 2839 Ne 11th Drive for a monthly rental rate of $850.00 for a period of one year. The term was to begin February 1, 2016.

2. On that same day The Plaintiff and the Defendant verbally agreed to add her to new 2 dogs to the lease. The Defendant requested a $200.00 nonrefundable dog fee and added to the lease. A true and correct copy of said written contract is attached as Exhibit 1.(1a)

3. Around March 2016 the Plaintiff contacted the Defendant via text message and asked if the Plaintiff was still willing to accept Alachua County Housing section 8 voucher for the rental payment. The Defendant agreed.

4. Plaintiff informed the defendant that her voucher was for $950.00 and suggested the rent increase to assure defendant recovery for damage for carpet. The Defendant agreed.

5. On April 2, 2016 Defendant came to the residence and presented the revised lease with the assumption it would begin May 1, 2016 in a one-year term.

6. Around April 5 or 6 2016 Plaintiff submitted a Rental Package to Alachua county Housing Authority Housing Which included the revised lease with the increased rent and acknowledgement of the 2 dogs signed by the plaintiff Defendant and the plaintiffs older daughter Angela Rivers.

7. On April 5, 2016 Defendant arranged for Alachua County Housing Authority to send an inspector to the premises on April 7, 2016.

8. On April 10, 2016 The Defendant was given notice of failure of inspection with a list of repairs and who was responsible party and deadline to comply. Defendant contacted Plaintiff via text message about the repairs and discussed arrangements to have them done. Defendant was reluctant to take responsibility for repairing the fence.

9. Plaintiff offered to, and purchased ABC Fire extinguisher to help to bring house into compliance.

10. On April 11, 2016 the Defendant contacted the Plaintiff and stated that her dogs had to go. Alleging they are helping to deteriorate everything. Plaintiff rejected the idea of getting rid her dogs, and the allegation of the deterioration of the property, and again reminding the defendant of the written and, verbal contract.

11. On April 12, 2016 the defendant came to residence and gave the Plaintiff notice to vacate the premises.



12. Defendant contacted Plaintiff via text asking about her ability to find residence elsewhere plaintiff informed that defendant that is would be very difficult to do in less than a month and voucher would expire soon. Plaintiff also informed the defendant that she gave the Alachua County housing authority the notice to vacate.

13. Plaintiff again reminded the defendant of the lease and verbal agreements that were made prior.

14. Defendant sent pictures one of soil newspaper and another of a pile of cigarettes but the plaintiffs alleged that she tired the dog was disgusting. Complained of shredded carpet and torn the backyard is all sand and hole in the door.

15. Plaintiff responded that the defendant had enter the home and took pictures when nobody was there. The plaintiff also stated that she doesn't smoke in the apartment. The plaintiff pointed out a time when she hired a dog/house sitter and that could be the only time the defendant could have taken such pictures. Plaintiff stated she couldn't give account of the premises while on vacation.

16. Defendant and Plaintiff continue to have several disputes via text messages.

17. Plaintiff believe defendant intended to cause injury by wrongful acts and intimidate plaintiff into abandoning her rights to use and occupy the leased premises. Further defendant's conduct was despicable and carried on willful and conscious disregard of the rights of the plaintiffs and the contract.

18. Defendant seek free legal advice from Three Rivers legal Services about the notice, and was told this wasn't a proper eviction. Plaintiff contacted the Defendant and requested that she files the correct papers for evicting a tenant in Florida.

19. Defendant came to the premise again and gave another notice dated April 20, 2016 not signed by the defendants alleging the Plaintiff was not complying with the rental agreement. Defendant list a number damages most that was requested by Alachua county housing authority report, and others that had already be agreed on recovery by defendant and plaintiff. Defendant also alleged stray cat. Plaintiff denies the allegation of having a stray cat on the premise .

20. Plaintiff provides proof the defendant knew plaintiff cat would be also leaving New York to live on the premise with first lease dated January 29, 2015 on year term. Plaintiff responded to the notice by informing her of the breach of contract requested that it be remedy immediately as well as confronting her false allegation.

21. Second Cause of Action

22. [Intentional Infliction of Severe Emotional Distress]



25. Plaintiff incorporate into this cause of action each and every allegation contained in the complaint

26. By reason of landlord tenant relationship between defendant and plaintiffs' defendant as plaintiff landlord were in a special relationship. As to plaintiffs with defendants having the power to cause serious damage to plaintiff interest, security, and enjoyment premises.

27. Plaintiff are informed that acts of the defendants enumerated in previous paragraphs, were undertaken with intent to force plaintiff to involuntarily vacate their rented residence, and to cause plaintiffs severe emotional distress.

28. By reason of the conduct of the defendants as alleged above, defendant have committed conduct which is extreme and outrageous and was intended to cause, the plaintiff extreme emotional and psychological distress and anguish as alleged herein by wrongful eviction.

29. Plaintiff are informed an believe and thereon allege that in committing the acts alleged above in this complaint Defendants acted maliciously and oppressively in that they knew they had no grounds under the law to recover possession of the premises

30. Plaintiff are further informed and believe thereon alleged that defendant performed the acts alleged above so the defendant could displace the plaintiffs so defendant could rent the premises to another section 8 voucher holder with intent to receive increase rent at plaintiff expense.

31. As further proximate results of defendants wrongful acts in forcing the plaintiff to vacate plaintiffs suffer loss of Alachua county housing voucher the only means the plaintiff has to pay rent, moving expenses, moving cost, disruption in their lifestyle. Effecting Social, academics, and medical.

32.     Third case of Action

33. [Breach of implied covenant of Good faith and fair dealing]

34. Plaintiff and Defendant entered into a contract.

35. Plaintiff did all, or substantially all, of significant things that the contract required to do.

36. Defendant action or omissions unfairly interfered with Plaintiff receipt of the contracts benefits

37. Defendant conduct did not comport with plaintiff reasonable contractual expectations under specific parts of the contract.

        38.   Fourth Cause of Action

           39.   [Negligence]

40. Plaintiff incorporate into cause of action each and every allegation contained in the prior cause of action.



41. Defendants had a duty to manage the premises in a lawful manner, to refrain from wrongfully causing damage to the plaintiffs and to refrain from unnecessarily breaching Plaintiff right to occupancy and quiet enjoyment of the premises. Defendant negligently breached this duty in performing the Defendants aforementioned acts.

42. Fifth Cause of Action

43. [Negligent Infliction of Emotional Distress]

44. Plaintiff incorporate into cause of action each and every allegation contained in the prior cause of action.

45. In committing the acts alleged in paragraphs 1-45 Defendants were negligent and careless of probability that their acts would cause plaintiff's Daughters Angela Rivers (19) and Kamara Fields (9) severe emotional and psychological distress and anguish.

46. Six Cause of Action

47. [Nuisance]

48. In committing the acts alleged in paragraphs 1-47 defendants conduct was the proximate cause of unreasonable interference with the plaintiff, s use and enjoyment of the property.

## IV. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section III. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

1) Breach of contract
2) Intentional infliction of severe Emotional distress
3) Breach of implied covenant of good faith and fair dealing
4) Negligence
5) Negligent infliction of Emotional distress
6) Nuisance

## V. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Compensatory damage according to proof
General damages according to proof
Punitive and exemplary damages according to proof
Such further relief at this court may deem just and proper

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

5-16-16
(Date)

*Sharonda Rivers*
(Signature of Plaintiff)

Revised 07/02

IV Statement of Claims:

1. [Breach of contract]

    a. Plaintiffs are informed and believe the acts of the defendant were undertaken with intent to force plaintiff to involuntarily vacate their rented residence. Before term. A true and correct copies of the said contracts are attached Exhibit 1

2. [Intentional infliction of Severe Emotional distress]

    a. By reason of the conduct of defendants as alleged, defendant have committed conduct which is extreme and outrageous and was intended to cause the plaintiff extreme emotional and psychological distress and anguish as alleged by wrongful eviction.

3. [Breach of implied covenant of Good faith and fair dealing]

    a. Plaintiffs and defendant enter into a contract
    b. Plaintiffs did all of significant things that contract required to do
    c. Defendant actions unfairly interfered with Plaintiff receipt of the contracts benefits.
    d. Defendants conduct did not comport with plaintiff reasonable contractual expectations under specific parts of the contract.

4. [Negligence]

    a. Defendant had a duty to manage the premises in a lawful manner, to refrain from wrongfully causing damage to plaintiff and to refrain unnecessarily breaching right to occupancy and quiet enjoyment of the premises.

5. [Negligent infliction of emotional distress]

    a. In committing the acts alleged the defendants were negligent and careless of probability that their acts would cause plaintiff daughters Angela Rivers(19) and Kamara Fields(9)severe emotional and psychological distress and anguish.

6. [Nuisance]

    a. In committing the acts alleged defendants conduct was the proximate cause of unreasonable interference with plaintiff use and enjoyment of the property.